IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRENDON L. THOMAS,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:23-00248-JB-N |
| ) | |
| **DEE SMITH** *and* ) | |
| **ALABAMA CREDIT UNION,** ) | |
| Defendants. ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 5) dated April 11, 2024—made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)—is **ADOPTED** as the opinion of this Court. Accordingly, this civil action is **DISMISSED without prejudice** (1) for failure to pay the statutory filing and administrative fees for this action or show entitlement to *in forma pauperis* status; and, additionally and alternatively, (2) for failure to obey a court order, under both Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket.

Judgment in accordance with this order shall hereafter be set out by separate document, in accordance with Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 8th day of May, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE